476 A.2d 91

Commonwealth v. Stiver, Appellant.
Petition for Allowance of Appeal
Denied Sept. 25, 1984.

Submitted November 29, 1983. Shelley Stark, Assistant Public Defender, for appellant; Robert Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before ROWLEY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.

476 A.2d 91

Commonwealth v. Stocker, Appellant.
Petition for Allowance of Appeal
Denied Oct. 15, 1984.

Argued December 14, 1983. Stephen R. Lacheen, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.